IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ELSA HARRIS<br>　　*Plaintiff,*<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS LEGAL TITLE TRUSTEE<br><br>　　*Defendant.* | § § § § § § § § § § § § § § § | CIVIL ACTION:<br><br>4:21-cv-04039 |

## CERTIFICATE OF SERVICE IN REMOVED ACTION

TO THE HONORABLE COURT:

COMES NOW Defendant U.S. BANK NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS LEGAL TITLE TRUSTEE ("U.S. BANK") and files this Certificate of Service in Removed Action, and, in support thereof would show the Court as follows:

I certify compliance with the court's Order entered upon filing of the petition for removal of this action (Dkt. 05);

THAT on DECEMBER 13, 2021 I served copies of the Order for Conference and Disclosure of Interested Parties (Dkt. 05) on all other parties.

*Respectfully Submitted,*

JACK O'BOYLE & ASSOCIATES

  /s/ Travis H. Gray
Travis H. Gray
SBN: 24044965
SD TX BAR NO.: 1115733
travis@jackoboyle.com
Chris S. Ferguson
SBN:  24068714
chris@jackoboyle.com
P.O. BOX 815369
DALLAS, TX 75381
P: 972.247.0653 | F: 972.247.0642
*ATTORNEYS FOR DEFENDANT U.S. BANK*

**CERTIFICATE OF SERVICE**

      This is to certify that a true, correct and complete copy of the foregoing document has been served in accordance with the Federal Rules of Civil Procedure on December 15, 2021 to:

ELSA HARRIS
4707 SCHLIPF RD
KATY, TX 77493
Pro Se Plaintiff
*Via United States First Class Mail*

                                          */s/ Travis H. Gray*
                                          Travis H. Gray